CENTER FOR DISABILITY ACCESS
Mark Potter, Esq. SBN 166317
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
Mark@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia** | Case No. 3:22-cv-01613-VC |
| Plaintiff, | **Declaration of Orlando Garcia in response to Order to Show Cause** |
| v. | |
| **Geronima S. Belen-Bautista,** in individual and representative capacity as trustee of The Geronima S. Belen-Bautista Living Trust, U/A dated November 9, 2012; **San Bruno Smoke Shop Inc.,** a California Corporation | |
| Defendant. | |

1. I, the undersigned, am the plaintiff in this litigation. I can competently testify to the following based on my own knowledge and experience.
2. I have cerebral palsy and use a wheelchair for mobility.
3. I am an ADA advocate and tester. As part of my advocacy, I sometimes travel to the Bay Area, as I did in this and other cases.
4. My claims in this case arise from my personal visit to S F Smoke Clothing & Fashion on February 16, 2022.
5. Upon arriving at the property, I discovered that the sales counter was too high and the path of travel was not wheelchair accessible.

6. I was with a friend, Marilyn Robles, when I visited the business.
7. I took photographs during my visit to S F Smoke Clothing & Fashion.
8. I reported my experiences to my attorney which resulted in the filing of this case.
9. I understand my obligations to have standing to bring claims in this court. I have personal knowledge of barriers I've complained of based upon my visit. I understand that once the case concludes and the barriers are removed that I must intend to return in order for this court to have jurisdiction to hear my claims.
10. I intend to return at least once after I have been made aware that all barriers have been removed and after the conclusion of the case to test the adequacy of any remedial measures that are taken. I am deterred from returning until this occurs.

I declare, under penalty of perjury of the laws of the United States, that the foregoing is true and accurate.

Dated: May 10, 2022

By: *Orlando Garcia*
5709F6F47CF454D7DEFAB82C25F04385   readysign
Orlando Garcia